```
 1 | MAYRA L. GARCIA                                    FILED
   | California State Bar No. 190677
 2 | 185 West F Street, Suite 100                       2006 SEP 20  PM 12: 14
   | San Diego, California 92101
 3 | Telephone: (619) 238-4132                          CLERK US DISTRICT COURT
                                                       SOUTHERN DISTRICT OF CALIFORNIA
 4
   | Attorney for Defendant CHRISTIAN AGUILAR           BY_____ DEPUTY
 5
```

6

7

                    UNITED STATES DISTRICT COURT

8

                  SOUTHERN DISTRICT OF CALIFORNIA

9

                    **(HONORABLE MARILYN L. HUFF)**

10

| UNITED STATES OF AMERICA, | ) | CASE No. 06cr01385-MLH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| CHRISTIAN AGUILAR, | ) | STIPULATION AND ORDER THEREON |
| Defendant. | ) | |

16

17  Good cause appearing, **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, that the next hearing date in the above-captioned case, be rescheduled from October 16, 2006, at 9:00 a.m., to October 30, 2006, at 9:00 a.m., for the following reason:

Defense counsel will be out of town September 27 through October 16, 2006. Mr. Aguilar is in custody, and the pre-sentence report has been completed.

**SO STIPULATED.**

Dated: September 15, 2006

_____
MAYRA L. GARCIA
Attorney for Defendant

Dated: 9/18/06

_____
MICHELLE JENNINGS
Assistant United States Attorney

**SO ORDERED.**

Dated: 9/20/06

_____
HONORABLE MARILYN L. HUFF
U.S. District Judge